CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff
Robert Oliver

MICHAEL R. WEINSTEIN (SBN: 106424)
mweinstein@ferrisbritton.com
SCOTT H. TOOTHACRE (SBN: 146530)
stoothacre@ferrisbritton.com
FERRIS & BRITTON
A Professional Corporation
501 West Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 233-3131
Facsimile: (619) 232-9316
Attorneys for Defendant
Micha Motalle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLIVER,<br><br>    Plaintiff,<br>v.<br><br>MICHA MOTALLE;<br>and Does 1-10,<br><br>    Defendants, | Case: 2:16-CV-03323-BRO-E<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 18, 2017     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff
Robert Oliver

Dated: April 18, 2017     FERRIS & BRITTON

By: /s/ Michael R. Weinstein
Michael R. Weinstein
Scott H. Toothacre
Attorneys for Defendant
Micha Mottale
(named as Micha Motalle)

IT IS SO ORDERED.

DATED: April 20, 2017

UNITED STATES DISTRICT JUDGE

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael R. Weinstein, counsel for Micha Mottalle (named as Micha Motalle), and that I have obtained Mr. Weinstein's authorization to affix his electronic signature to this document.

Dated: April 18, 2017         CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff
    Robert Oliver